Case 97-42797   Document 276   Filed in TXSB on 10/18/05   Page 1 of 18

United States Courts
Southern District of Texas
FILED

OCT 1 8 2005

~~Michael N. Milby~~, Clerk

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

IN RE:

The Hively Agency, Inc.

(Debtor),

BANKRUPTCY CASE NUMBER
97-42797-H5-7

## PETITION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, Attorney-in-Fact for Broadview Media, Inc. hereby petitions the Court for $2,424.51 being held in the Registry of the Clerk, U.S. Bankruptcy Court as unclaimed funds for Southwestern Teleproduction, creditor.

IF APPLICANT IS A FUNDS LOCATOR, this application includes a Power of Attorney authorizing the undersigned, <u>Dilks & Knopik, LLC</u>, Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds.

The creditor did not receive the dividend check in the above case for the following reasons:

Southwest Teleproductions, Inc. is a subsidiary of Northwest Teleproductions, Inc., As evidenced by exhibit A. Northwest Teleproducions, Inc. changed its name to Broadview Media, Inc., as evidenced by exhibit B. H. Michael Blair is the CFO of Broadview Media, Inc., as evidenced by exhibit C.

The creditor (s) current/correct mailing address is:

Broadview Media, Inc.
H. Michael Blair, CFO
4455 West 77 St.
Minneapolis, MN 55435
Phone No.  952-835-4455

Unclaimed.fds
06/23/98

Dated: <u>10/10/2005</u>

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
PO Box 2728, Issaquah, WA 98027
(425)-836-5728

On <u>10|10|05</u> before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

Caryn M. Knopik, Notary Public
My commission expires: July 29, 2006
Notary in and for the State of Washington



Unclaimed.fds
06/23/98

# CERTIFICATE OF SERVICE OF APPLICATION
# ON U.S. ATTORNEY & U.S. TRUSTEE

Notice is hereby given that on 10/10/2005 a copy of the Application for Release of Unclaimed Funds was served on the U.S. Attorney and U.S. Trustee for the Southern District of Texas by U.S. Mail at the following addresses:

> U.S. Attorneys Office
> P.O. Box 61129
> Houston, TX 77208

> U.S. Trustees Office
> 515 Rusk Ave., Ste. 3516
> Houston, TX 77002

Dated: 10/10/2005

Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for Broadview Media, Inc.

**Unclaimed.fds**
**06/23/98**

Form B3 (Official Form 3)
(9/97)

# Form 3. APPLICATION AND ORDER TO PAY FILING FEE IN INSTALLMENTS

*[Caption as in Form 16B.]*

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $_____ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $_____ Check one ☐ With the filing of the petition, or
                       ☐ On or before _____

   $_____ on or before _____

   $_____ on or before _____

   $_____ on or before _____

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  _____  | _____  _____
Signature of Attorney  Date     | Signature of Debtor    Date
                                | (In a joint case, both spouses must sign.)

_____            | _____  _____
Name of Attorney                | Signature of Joint Debtor (if any)  Date

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

_____  _____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____    _____
Signature of Bankruptcy Petition Preparer    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Form B3 continued**
**(9/97)**

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re _____,   Case No. _____
          Debtor

Chapter _____

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

      IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

      IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

BY THE COURT

Date: _____

_____
*United States Bankruptcy Judge*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

RE: The Hively Agency, Inc.  )   Case: 97-42797-H5-7
                             )
                             )   AUTHORITY TO ACT
                             )   Limited Power of Attorney
                             )   Limited to one Transaction
        Debtor(s)            )

1. **Broadview Media, Inc. f/k/a Northwest Teleproductions, Inc. for its subsidiary Southwest Teleproductions, Inc.** with a tax identification number of **41-0641789**, ("CLIENT"), appoints Dilks & Knopik, LLC ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$2,424.51** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall be come effective on the below signed date and shall expire 180 days from the date hereof or upon collection of the aforementioned FUNDS.

Signature: H. Michael Blair          Date: 9/15, 20 05
Print Name: H. MICHAEL BLAIR         Title: CFO

**H. MICHAEL BLAIR**
CERTIFIED PUBLIC ACCOUNTANT
7238 121ST. ST. W.
APPLE VALLEY, MN 55124
952 (612) 431-0603
h.blair@prodigy.net
CELL (612) 940-2797

Affix Corporate Seal Below
Or if Corporate Seal Unavailable Sign Affidavit Below:

*AFFIDAVIT IF CORPORATE SEAL IS UNAVAILABLE*
BE IT ACKNOWLEDGED, that the undersigned hereby says under oath that the corporate seal for Broadview Media, Inc. is presently unavailable to the undersigned,
BY: H. Michael Blair  CFO
Signature and title

**ACKNOWLEDGMENT**

STATE OF MN )
COUNTY OF Hennepin )

On this 15 day of September, 2005, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) H. Michael Blair known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.

NOTARY PUBLIC LaDonna E. Gray
Residing at Eden Prairie, MN
My Commission expires 1-31-2010

LADONNA ELIZABETH GRAY
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2010



```
-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 JKz+vh0V1QkW4Kg7Lp4H2Bb1yye73niBhFOkmkEvDQ0KQ3C4g7EOuMyyxnef7OzN
 bqQTgYZrA5NjFVKh+DbKiQ==

<SEC-DOCUMENT>0000914190-96-000192.txt : 19960716
<SEC-HEADER>0000914190-96-000192.hdr.sgml : 19960716
ACCESSION NUMBER:		0000914190-96-000192
CONFORMED SUBMISSION TYPE:	10KSB40
PUBLIC DOCUMENT COUNT:		6
CONFORMED PERIOD OF REPORT:	19960331
FILED AS OF DATE:		19960715
SROS:			NASD

FILER:

	COMPANY DATA:
		COMPANY CONFORMED NAME:		NORTHWEST TELEPRODUCTIONS INC
		CENTRAL INDEX KEY:		0000073048
		STANDARD INDUSTRIAL CLASSIFICATION:	SERVICES-MOTION PICTURE & VIDEO TAPE PROD
		IRS NUMBER:			410641789
		STATE OF INCORPORATION:		MN
		FISCAL YEAR END:		0331

	FILING VALUES:
		FORM TYPE:		10KSB40
		SEC ACT:		1934 Act
		SEC FILE NUMBER:	000-08505
		FILM NUMBER:		96595006

	BUSINESS ADDRESS:
		STREET 1:		4455 W 77TH ST
		CITY:			MINNEAPOLIS
		STATE:			MN
		ZIP:			55435
		BUSINESS PHONE:		6128354455

	MAIL ADDRESS:
		STREET 1:		4455 WEST 77TH STREET
		CITY:			MINNEAPOLIS
		STATE:			MN
		ZIP:			55435
</SEC-HEADER>
<DOCUMENT>
<TYPE>10KSB40
<SEQUENCE>1
<DESCRIPTION>FORM 10-KSB FOR FISCAL 1996
<TEXT>
```

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM 10-KSB
Annual Report Under Section 13
of
The Securities Exchange Act of 1934

For the fiscal year
ended March 31, 1996

Commission File
Number: 0-8505

EXHIBIT __A__
Page __1__ of __3__

NORTHWEST TELEPRODUCTIONS, INC.
(Name of Small Business Issuer in its Charter)

Minnesota
(State of incorporation)

41-0641789
(I.R.S. Employer Identification Number)

4455 West 77th Street
Minneapolis, Minnesota 55435
(Address of principal executive offices) (Zip code)
Telephone Number: 612-835-4455

Securities registered under Section 12(b) of the Exchange Act:
   None

Securities registered under Section 12(g) of the Exchange Act:
   Common Stock, par value $.01

    Check whether the issuer: (1) filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the past 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes X . No .

    Check if there is no disclosure of delinquent filers in response to Item 405 of Regulation S-B, and no disclosure will be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-KSB or any amendment to this Form 10-KSB. [X]

The issuer's revenues for the fiscal year ended March 31, 1996 were $12,509,041.

    The aggregate market value of the Common Stock held by shareholders other than officers, directors or holders of more than 5% of the outstanding stock of the registrant as of June 26, 1996 was approximately $1,504,000 (based upon the closing sale price of the registrant's Common Stock on such date).

Shares of $.01 par value Common Stock outstanding at June 26, 1996: 1,356,425.

DOCUMENTS INCORPORATED BY REFERENCE

1. Portions of the Registrant's Annual Report to Shareholders for the fiscal year ended March 31, 1996 are incorporated by reference into Part II.

2. Portions of the Registrant's definitive Proxy Statement for the Registrant's 1996 Annual Meeting of Shareholders are incorporated by reference into Part III.

Transitional Small Business Disclosure Format (check one):   Yes         No  X

<PAGE>


Introduction

    Northwest Teleproductions, Inc. and its subsidiaries, Southwest Teleproductions, Inc. and Northwest Teleproductions/Chicago, Inc., are referred to herein as the "Registrant" unless the context indicates otherwise.

PART I

EXHIBIT A
Page 2 of 3

|  |  |  |
|---|---|---|
| 21 | Subsidiaries of the Registrant | |
| | Name | State of Incorporation |
| | Southwest Teleproductions, Inc. | Texas |
| | Northwest Teleproductions/Kansas City, Inc. | Minnesota |
| | Northwest Teleproductions/Chicago, Inc. | Minnesota |
| 23 | Consent. Consent of Deloitte & Touche LLP | |
| 24 | Power of Attorney. Powers of Attorney from directors of the Registrant are included as part of the "Signatures" page of this Form 10-KSB | |
| 27 | Financial Data Schedule (filed in electronic format only) | |

\* Incorporated by reference to a previously filed report or document, SEC File No. 0-8505, unless otherwise indicated.

\*\*Indicates a management contract or compensatory plan or arrangement required to be filed as an exhibit to this Form 10-KSB.

```
</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-10.2
<SEQUENCE>2
<DESCRIPTION>OFFICERS' INCENTIVE COMPENSATION
<TEXT>
```

EXHIBIT 10.2

FISCAL 1997 OFFICER'S INCENTIVE COMPENSATION

The corporate officers, Robert Mitchell, James Steffen and Smith McClure shall receive additional compensation as participants in the "1997 Officers Incentive Compensation Plan" which plan is defined as follows:

\*Incentive compensation in the form of a cash bonus shall be paid based on consolidated audited pre-tax earnings, which for the purpose of this plan, will be pre-tax earnings as determined in accordance with generally accepted accounting principles and shall be net of a deduction for a provision for officers incentive compensation to be paid under this plan.

\*Total incentive compensation shall be calculated as follows:
Total incentive compensation shall equal ten percent (10%) of consolidated pre-tax earnings in excess of eight percent (8%) of consolidated stockholders' equity at March 31, 1996.

\*Total incentive compensation shall be allocated and paid to the individual officers as follows:
| | |
|---|---|
| Robert Mitchell | 50% |
| James Steffen | 25% |
| Smith McClure | 25% |

```
</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-10.9
<SEQUENCE>3
```

EXHIBIT __A__

Page __3__ of __3__

```
-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 FY7amn4uybFe3DewpOaDGdNaN9V8kELa3B6ASW9S1YjhCpsNKx/gDlylfQqlgeeO
 uKIiNEY+fSb8ydpJ5UGYHQ==

<SEC-DOCUMENT>0000914190-00-000132.txt : 20000407
<SEC-HEADER>0000914190-00-000132.hdr.sgml : 20000407
ACCESSION NUMBER:                0000914190-00-000132
CONFORMED SUBMISSION TYPE:       8-K/A
PUBLIC DOCUMENT COUNT:           2
CONFORMED PERIOD OF REPORT:      19991124
ITEM INFORMATION:
FILED AS OF DATE:                20000406

FILER:

        COMPANY DATA:
                COMPANY CONFORMED NAME:             BROADVIEW MEDIA INC
                CENTRAL INDEX KEY:                  0000073048
                STANDARD INDUSTRIAL CLASSIFICATION: SERVICES-MOTION PICTURE & VIDEO TAPE PROD[
                IRS NUMBER:                         410641789
                STATE OF INCORPORATION:             MN
                FISCAL YEAR END:                    0331

        FILING VALUES:
                FORM TYPE:             8-K/A
                SEC ACT:
                SEC FILE NUMBER:       000-08505
                FILM NUMBER:           594703

        BUSINESS ADDRESS:
                STREET 1:              4455 WEST 77TH STREET
                CITY:                  MINNEAPOLIS
                STATE:                 MN
                ZIP:                   55435
                BUSINESS PHONE:        6128354455

        MAIL ADDRESS:
                STREET 1:              4455 WEST 77TH STREET
                CITY:                  MINNEAPOLIS
                STATE:                 MN
                ZIP:                   55435

        FORMER COMPANY:
                FORMER CONFORMED NAME: NORTHWEST TELEPRODUCTIONS INC
                DATE OF NAME CHANGE:   19920703
</SEC-HEADER>
<DOCUMENT>
<TYPE>8-K/A
<SEQUENCE>1
<DESCRIPTION>AMENDMENT NO. 1 TO FORM 8-K
<TEXT>
```

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

EXHIBIT B
Page 1 of 2

FORM 8-K/A (No. 1)

CURRENT REPORT
Pursuant to Section 13 or 15(d) of the
Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): November 24, 1999

Broadview Media, Inc.
(Exact name of Registrant as Specified in its Charter)

Minnesota
(State or Other Jurisdiction of Incorporation)

| 0-8505 | 41-0641789 |
|---|---|
| (Commission File Number) | (IRS Employer Identification No.) |

4455 West 77th Street
Minneapolis, Minnesota 55435
(Address of Principal Executive Offices and Zip Code)

(612) 835-4455
(Registrant's telephone number, including area code)

Northwest Teleproductions, Inc.
(Former Name or Former Address, if Changed Since Last Report)

<PAGE>

Item 7.     Financial Statements and Exhibits

   (a)   Financial statements of businesses acquired:

         Not Applicable.

   (b)   Pro forma financial information:

         Not Applicable.

   (c)   Exhibits:

         See Exhibit Index on page following Signatures.

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

EXHIBIT _B_
Page _2_ of _2_

```
<DOCUMENT>
<TYPE>10KSB
<SEQUENCE>1
<FILENAME>c95936e10ksb.txt
<DESCRIPTION>FORM 10-KSB
<TEXT>
<PAGE>
```

U.S. SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

---

FORM 10-KSB
Annual Report Under Section 13
of
The Securities Exchange Act of 1934

For the fiscal year                                    Commission File
ended March 31, 2005                                   Number: 0-8505

BROADVIEW MEDIA, INC.
(Name of Small Business Issuer in its Charter)

Minnesota                                              41-0641789
(State of incorporation)                               (I.R.S. Employer
                                                       Identification Number)

4455 West 77th Street
Minneapolis, Minnesota 55435
(Address of principal executive offices) (Zip code)
Telephone Number: 952-835-4455

---

Securities registered under Section 12(b) of the Exchange Act:
None

Securities registered under Section 12(g) of the Exchange Act:
Common Stock, par value $.01

---

     Check whether the issuer: (1) filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the past 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes [X] No [ ].

     Check if there is no disclosure of delinquent filers in response to Item 405 of Regulation S-B, and no disclosure will be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-KSB or any amendment to this Form 10-KSB. [X]

     The issuer's revenues for the fiscal year ended March 31, 2005 were $3,347,568.

     The aggregate market value of the Common Stock held by non-affiliates based upon the closing sale price of the registrant's Common Stock as of June 3, 2005 was approximately $6,546,126.

     Shares of $.01 par value Common Stock outstanding at June 3, 2005:

**EXHIBIT C**
**Page 1 of 3**

The information required by Item 7 is incorporated herein by reference to the Consolidated Financial Statements, Notes thereto and Independent Auditors' Report thereon which appears in the Registrant's 2005 Annual Report to Shareholders.

ITEM 8. CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE

Not applicable.

ITEM 8A. CONTROLS AND PROCEDURES

As of the end of the period covered by this report, the Company conducted an evaluation under the supervision and with the participation of the company's management, including the Company's Chief Executive Officer and Chief Financial Officer, regarding the effectiveness of the design and operation of the Company's disclosure controls and procedures pursuant to Rules 13a-15(b) of the Securities and Exchange Act of 1934 (the "Exchange Act"). Based upon that evaluation, the Chief Executive Officer and Chief Financial Officer concluded that the Company's disclosure controls and procedures are effective to ensure that information that is required to be disclosed by the Company in reports that it files under the Exchange Act is recorded, processed, summarized and reported within the time period specified in the rules of the Securities Exchange Commission. There were no changes in the Company's internal control over financial reporting that occurred during the period covered by this report that have materially affected, or are reasonably likely to materially affect, the Company's internal control over financial reporting.

ITEM 8B. OTHER INFORMATION

Not applicable.

8

<PAGE>

PART III

ITEM 9. DIRECTORS AND EXECUTIVE OFFICERS OF THE REGISTRANT

The names and ages of the executive officers of the Registrant and their positions and offices presently held are as follows:

**EXHIBIT C**
**Page 2 of 3**

| Name of Executive Officer | Age | Present Position(s) with Registrant | Business Experience |
|---|---|---|---|
| Terry Myhre | 60 | Chief Executive Officer, Chairman of Board of Directors | Chairman of the Board and CEO of the Registrant since January 2004; President and owner of Minn School of Business since 1988; President and co-owner of Globe Business College since 1972; President, CEO and co-owner of Utah Career Coll since 1998. |
| Mark "Red" White | 51 | Chief Operating Officer | Chief Operating Officer of the Registrant since July 17, 2003; Director of Operations of the Registrant since April 1999. Mr. White has 30 of experience in the entertainment (film, video music) industry. |
| H. Michael Blair | 60 | Chief Financial Officer | CFO of Registrant since October 1, 2001. Indepe CPA and business consultant since May 2000. CFO |

```
                                        United Market Services, Inc., a livestock marke
                                        firm, 1989-2000.
</TABLE>
```

There are no family relationships among any of the Registrant's directors or executive officers.

The information required by Item 9 relating to directors is incorporated herein by reference to the section labeled "Election of Directors," the information relating to compliance with Section 16(a) of the Exchange Act is incorporated herein by reference to the section labeled "Section 16 (a) Beneficial Ownership Reporting Compliance," and the information relating to Code of Ethics is incorporated herein by reference to the section "Code of Ethics," which sections appear in the Registrant's definitive Proxy Statement filed pursuant to Regulation 14A not later than 120 days after the close of the Registrant's 2005 fiscal year end in connection with the Registrant's 2005 Annual Meeting of Shareholders. The Code of Ethics is incorporated by reference to Exhibit 14 to the Registrant's Annual Report on Form 10-KSB for the fiscal year ended March 31, 2004.

                                        9
```
<PAGE>
```

ITEM 10. EXECUTIVE COMPENSATION

The information required by Item 10 is incorporated herein by reference to the Section labeled "Executive Compensation" which appears in the Registrant's definitive Proxy Statement for its 2005 Annual Meeting of Shareholders.

ITEM 11. SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS

The information required by Item 11 relating to principal shareholders and management shareholdings is incorporated herein by reference to the sections labeled "Principal Shareholders" and "Management Shareholdings" which appear in the Registrant's definitive Proxy Statement for its 2005 Annual Meeting of Shareholders.

The following table provides information as of March 31, 2005 about the Registrant's equity compensation plans.

```
<TABLE>
<CAPTION>
```

|  | NUMBER OF SECURITIES TO BE ISSUED UPON EXERCISE OF OUTSTANDING OPTIONS, WARRANTS AND RIGHTS | WEIGHTED AVERAGE EXERCISE PRICE OF OUTSTANDING OPTIONS, WARRANTS AND RIGHTS | NUMBER OF S AVAILABLE FOR EQUITY COMPENSA' SECURITIES REF |
|---|---|---|---|
|  | (a) | (b) |  |
| <S> | <C> | <C> | <C> |
| Equity compensation plans approved by security holders | None | None |  |
| Equity compensation plans not approved by security holders | None | None |  |
| Total | None |  |  |

```
</TABLE>
```

ITEM 12. CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS

EXHIBIT __C__
Page __3__ of __3__

WINDOW ON STATE GOVERNMENT                                       CAROLE KEETON STRAYHORN   Texas Comptroller of Public Accounts



Corporation Search Results

# Franchise Tax Certification of Account Status

**This Certification Not Sufficient for Filings with Secretary of State**

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, Requirements to Dissolve, Merge or Convert a Texas Entity.

| Certification of Account Status | Officers And Directors Information |
|---|---|

| | |
|---|---|
| Company Information: | **SOUTHWEST TELEPRODUCTIONS INC** |
| | 4455 W 77TH ST |
| | MINNEAPOLIS, MN 55435-5113 |
| Status: | **NOT IN GOOD STANDING** |
| Registered Agent: | JOHN P SHIVES |
| | 2649 TARNA DRIVE |
| | DALLAS, TX 75229 |
| Registered Agent Resignation Date: | |
| State of Incorporation: | TX |
| File Number: | 0040699600 |
| Charter/COA Date: | June 2, 1977 |
| Charter/COA Type: | Charter |
| Taxpayer Number: | 17515590655 |

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

Window on State Government
Contact Us
Privacy and Security Policy

*Address of Record* (handwritten)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 27 2001

MICHAEL N. MILBY, CLERK OF COURT

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. |
| The Hively Agency, Inc. | § | 97-42797-H5-7 |
| | § | Chapter 7 |
| | § | |
| DEBTOR(S) | § | |

## ORDER

CAME ON FOR CONSIDERATION, Trustee's Motion to Pay Funds into the Court Registry under 11 USC §347(a), and the Court, having considered the Motion, is of the opinion that the Motion is well taken and the Court further finding that notice of said Motion is not required, it is therefore,

ORDERED, that Randy W. Williams, Trustee is authorized to pay the funds in the amount of $10,191.24, now held by him in the above styled and numbered case, together with any accrued interest thereon, into the registry of the Court.

SIGNED this the 27th day of July, 2001.

~~Clerk of the Court~~

This order is signed for the Court by
the Clerk under authority of 28 U.S.C.
§ 956 and General Order 2000-3.
MICHAEL N. MILBY, CLERK
By: _____
Deputy Clerk

270

EXHIBIT "B"

PLEASE CHECK ONE:

___ Small Dividends

_X_ Unclaimed Dividends

| Names and Address | Claim No. | Amount |
|---|---|---|
| Houston Flash Delivery<br>P. O. Box 34429<br>Houston, TX 77234 | 14 | $ 109.69 |
| Southwestern Teleproduction<br>2649 Tarna Dr.<br>Dallas, TX 75229 | 34 | $ 2,402.69 |
| New World Comm of Austin<br>KTBC-TV<br>P. O. Box 102890<br>Atlanta, GA 30368-2890 | 46 | $ 7,286.20 |
| Southwestern Bell Telephone<br>P. O. Box 655521<br>Dallas, TX 75265 | 51 | $ 120.82 |
| Rentokill Houston<br>P. O. Box 94020<br>Palatine, IL 60094-4020 | 62 | $ 89.24 |
| Southwestern Teleproduction<br>2649 Tarna Dr.<br>Dallas, TX 75229 | 34 | $ 21.82 |
| KASE-FM/KVET Broadcasting Inc.<br>P. O. Box 380<br>Austin, TX 78767 | 45 | $ 16.21 |
| New World Comm of Austin<br>KTBC-TV<br>P. O. Box 102890<br>Atlanta, GA 30368-2890 | 46 | $ 66.18 |

*(handwritten notation "yes" with checkmarks next to Southwestern Teleproduction entry)*